IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ALBERT DANIELS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v.  § | Civil Action No. 3:12-CV-01819-M (BF) |
| § | |
| **FEDERAL HOME LOAN MORTGAGE** § | |
| **CO., A/K/A FREDDIE MAC AND** § | |
| **AFFILIATES, COUNTY COURT AT LAW** § | |
| **NO. 3, ITS OFFICERS, ASSOCIATES,** § | |
| **ETC., JUSTICE OF THE PEACE PRE 4-2,** § | |
| **DALLAS COUNTY SHERIFF'S DEPT** § | |
| **OF DALLAS COUNTY, TEXAS,** § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Federal Home Loan Mortgage Corporation's ("Defendant") Motion to Dismiss (doc. 3) is granted and Plaintiff's claims against Defendant are dismissed with prejudice.

**SO ORDERED** this 27th day of November, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS